AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
JUL 22 2024
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 4:24mj 46 |
| **Sampson G. Jumbo** | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 22, 2024 in the city of Newport News, Virginia, in the Eastern District of Virginia, the defendant(s) violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| 18 U.S.C. § 1708 | Theft or receipt of stolen mail matter generally. |

This criminal complaint is based on these facts:  Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

_____
Therese N. O'Brien
Assistant United States Attorney

_____
*Complainant's signature*

Keith C. Moore, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  July 22, 2024

_____
*Judge's signature*

City and state:  Norfolk, Virginia

Lawrence R. Leonard, United States Magistrate Judge
*Printed name and title*