## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Keith Moore, being first duly sworn, hereby depose and state as follows:

1.      I am a Postal Inspector with the U.S. Postal Inspection Service (USPIS) and have been so employed since September 2005. I completed a twelve-week federal law enforcement basic training course in Potomac, Maryland, which provided training in U.S. mail operations investigations into mail theft and fraudulent activity related to the theft and alteration of stolen financial instruments. I am currently assigned to the Washington Division, Norfolk, Virginia Domicile and currently investigate violations involving the U.S. Mail and Identity Theft. Your affiant has been involved in numerous arrests of individuals charged with mail theft and fraud related activity and has either assisted or been involved directly with approximately 100 searches of residences, hotel rooms, and/or motor vehicles where stolen mail was found and/or other fraudulent activities occurred. I have been trained as an officer survival instructor since 2010 where I train others on arrest procedures, operational planning, and the correct implementation of our agency policies.

2.      The facts in this Affidavit come from my observations, knowledge, training, and experience, and from information that I have learned, directly or indirectly, from witnesses, records, information from other law enforcement officers, and from my review of documents and other media. Unless otherwise indicated, conversations related herein are described in substance and part rather than verbatim. Likewise, I have not included each and every fact known to me but rather only those necessary to show probable cause to believe that SAMPSON G. JUMBO and JAMAL A. SHIELDS have committed violations of 18 U.S.C. § 1708 (Theft U.S. Mail) on or about July 22, 2024 in the Eastern District of Virginia.

## PROBABLE CAUSE IN SUPPORT OF A
## CRIMINAL COMPLAINT AND ARREST WARRANT

3.      Since 2022, the USPS has continued to harden the collection box inventory across the country against traditional fishing-related mail theft.  While that is making traditional collection box fishing more difficult, USPIS has seen an increase in the theft of "arrow keys."  A U.S. Postal arrow key is a large key with an engraved arrow symbol on the front along with a serial number which is issued in a series which corresponds with specific zip codes.  Arrow keys are the master keys used to access the variety of mail repositories, including blue collection boxes, outdoor parcel lockers, and apartment mailbox panels.  These keys are sold for thousands of dollars on the black market, as criminals seek to acquire them to facilitate the theft of U.S. Mail in connection with other lucrative criminal schemes, like check fraud and identity theft.  Because of their wide-ranging access and related value, the possession, use, and transfer of arrow keys is highly regulated, leading criminals to steal them from postal workers through actual or threatened violence, to recruit postal employee co-conspirators from whom to lease their arrow keys, to purchase them illicitly in criminal marketplaces, e.g. via the Dark Web, and to burglarize post offices in search of keys.

4.      On Sunday, June 23, 2024, at approximately 9:13 PM, an Inspection Service GPS tracker was stolen from a blue collection box located at the Patrick Henry Post Office in Newport News, Virginia via the use of an arrow key.  The GPS tracker was placed in a mailing that was contained in a typical U.S. Postal mail piece.  The vehicle made multiple stops after leaving the area of the theft.  A male suspect was identified as being in possession of the tracker and was subsequently arrested by Inspectors on June 24, 2024.  The arrow key was not recovered.

5.      On Monday, July 8, 2024, at approximately 2:31 AM, the blue collection box located at the Patrick Henry Post Office in Newport News, Virginia was broken into with a stolen

arrow key. A male and female were seen breaking into the box through surveillance video. The arrow key was not recovered.

6.      On Monday, July 15, 2024, at approximately 2:06 AM, the blue collection box located at the Patrick Henry Post Office in Newport News, Virginia was broken into with a stolen arrow key. An Inspection Service GPS tracker was used to track the whereabouts of the stolen mail. The vehicle made several stops after leaving the area of the theft. Later in the afternoon on July 15, 2024, the vehicle was apprehended and searched with consent of the owner and driver. The GPS tracker was found in the vehicle, but the arrow key was not recovered.

7.      On Monday, July 22, 2024, Postal Inspectors conducted surveillance at the collection box located at the Patrick Henry Post Office in Newport News, Virginia. At approximately 2:34 A.M., Inspectors observed a grey Hyundai Santa Fe pull up next to the curb of Turnberry Blvd. just south of the post office. The vehicle turned its lights off and two individuals exited the vehicle and walked over to the blue collection box.

8.      One of the individuals used a Postal arrow key to open the collection box and remove mail. Law enforcement descended onto the scene immediately. The two individuals on foot began running away from law enforcement while the driver of the Santa Fe sped away at a high rate of speed.

9.      One suspect, who was later identified as SAMPSON G. JUMBO, was apprehended approximately 50 yards from the collection box. A black backpack with stolen mail was in his possession when he was apprehended.

10.      Law enforcement pursued the gray Santa Fe for several miles until it finally pulled over at the Fort Eustice exit on westbound I-64. In the process of fleeing, the single occupant threw multiple pieces of stolen mail out of the window and onto the street.

11.     The occupant was placed under arrest and identified as JAMAL A. SHIELDS. The third suspect escaped on foot before carjacking a vehicle approximately 300 yards west of the post office. Law enforcement pursued the suspect, but he was not apprehended.

12.     At approximately 3:58 AM, I and another law enforcement official attempted to interview JUMBO. I read JUMBO his Miranda rights from the Inspection Service standard form. JUMBO immediately requested to speak to an attorney and the interview concluded.

13.     At approximately 4:06AM, I and another law enforcement official attempted to interview SHIELDS. I read SHIELDS his Miranda rights from the Inspection Service standard form. SHIELDS stated that he uses his grandmother's vehicle, the grey Hyundai Santa Fe, to give people rides for money.

14.     SHIELDS initially stated that he was contacted on a social media application to give the other two suspects a ride. SHIELDS stated that the two asked him to drive them to a few places in exchange for $50. SHIELDS stated that he had no idea what the other two were doing.

15.     When asked why he fled law enforcement, SHIELDS stated that he did not think the pursuing vehicles were legitimate law enforcement. When asked why he threw the stolen mail out of the window, SHIELDS stated that he did not want law enforcement to think it belonged to him when the other two suspects were at fault.

16.     SHIELDS agreed to give consent to law enforcement to review his text messages with JUMBO to corroborate his story. When I scrolled through the text messages, I discovered a text from JUMBO to SHIELDS dated December 6, 2023. The text was a link to a news article with the tittle "Postal Inspector Shoots Mail Theft Suspect." The article was a reporting on an Inspector involved shooting in December of 2023 in Newport News.

17.     When confronted with the text, SHIELDS stated that he knew that JUMBO did deal

with individuals who stole and forged checks.

## CONCLUSION

18.      Based on the information contained herein, I respectfully submit that probable

cause exists to charge SAMPSON G. JUMBO and JAMAL A. SHIELDS with committing

violations of 18 U.S.C. § 1708 Theft of U.S. mail.

Keith C. Moore
U.S. Postal Inspector

Read and reviewed: _____

Therese O'Brien
Assistant United States Attorney

Subscribed and sworn before me this 22nd day of July, 2024 at Norfolk, Virginia.

UNITED STATES MAGISTRATE JUDGE